IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT WEISS, ) | No. CV 09-055-TUC-CKJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| IC SYSTEMS, INC., ) | |
| Defendant. ) | |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this case is **dismissed with prejudice**, each side to bear their own attorneys' fees, costs and expenses.

**The Clerk of the Court is directed to close the file in this matter.**

DATED this 20th day of August, 2009.

_____
Cindy K. Jorgenson
United States District Judge